# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN AGUIAR,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-2616 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| **WARDEN M. RECKTENWALD,** *et al.*, | : | |
| | : | |
| **Defendants** | | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Judge Mehalchick's report and recommendation is **ADOPTED IN FULL**;

(2) The plaintiff's motion for default judgment, (Doc. 16), is **DENIED**;

(3) The case is **REFERRED** to Judge Mehalchick for further pre-trial proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 24, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2616-01-ORDER.wpd