# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN AGUIAR,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-2616** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(MEHALCHICK, M.J.)** |
| **WARDEN M. RECKTENWALD,** *et al.*, | : | |
| | : | |
| **Defendants** | | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's Appeal of the Magistrate Judge's Decision (Doc. 66) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: July 2, 2015

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2616-02-order.wpd