# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN AGUIAR, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-2616 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| WARDEN M. RECKTENWALD, *et al.*, | : | |
| | : | |
| Defendants | | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of Judge Mehalchick, **(Doc. 79)**, is **ADOPTED IN FULL**;

(2) the defendants' motion for summary judgment, **(Doc. 59)**, is **GRANTED**;

(3) the claims against the "John Doe Defendant" are **DISMISSED**; and

(4) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 30, 2015**