## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN AGUIAR,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-2616** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(MEHALCHICK, M.J.)** |
| **WARDEN M. RECKTENWALD,** *et al.,* | : | |
| | : | |
| **Defendants** | | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the report of Judge Mehalchick, **(Doc. 79)**, is **ADOPTED IN FULL**;

**(2)**   the defendants' motion for summary judgment, **(Doc. 59)**, is **GRANTED**;

**(3)**   the claims against the "John Doe Defendant" are **DISMISSED**; and

**(4)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 11, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2616-04-order.wpd